

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STACEY EVERETT, | § | |
| | | No. 08-12-00035-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 158th District Court |
| JAMIE EVERETT, | § | |
| | | of Denton County, Texas |
| Appellee. | § | |
| | | (TC# 2009-20906-158) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment setting aside the clarifying order in regard to post-divorce maintenance.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JANUARY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.